# UNITED STATES DISTRICT COURT

__Middle__ DISTRICT OF __Alabama, Northern Division__

BILLY F. BRITT

V.

U.S. HELICOPTER, d/b/a HELICOPTER SUPPORT COMPANY, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07CV696-MEF

TO: U.S. Helicopter d/b/a
Helicopter Support Company, Inc.
G. David Johnston
291 N. Oates Street
Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Maricia Woodham, Esq.
Sabel & Sabel, P.C.
2800 Zelda Rd., Suite 100-5
Montgomery, AL 36106
334-271-2770

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

Debra P. Hackett
CLERK

DATE 8/8/07

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.