**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Angie Knight

C. Date of Delivery
8-10

1. Article Addressed to:
US Helicopter d/b/a
Helicopter Support
Company, Inc.
G. David Johnston
291 N. Oates Street
Dothan, AL 36303

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07cv696

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0002 4005 0218

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540