**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **BILLY F. BRITT,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 1:07CV696-MEF** |
| ) | |
| **U.S. HELICOPTER d/b/a HELICOPTER** ) | |
| **SUPPORT COMPANY, INC.,** ) | |
| ) | |
|    **Defendant.** ) | |

## **MOTION TO DISMISS**

COMES NOW the purported and improperly named Defendant (hereinafter "the improper Defendant") designated as U.S. Helicopter d/b/a Helicopter Support Company, Inc., and moves this Honorable Court, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted. In support of this motion, the improper Defendant would show the court as follows:

1. At the time of the events alleged in the complaint, including the time of his termination on August 3, 2005, Plaintiff was employed by U.S. Helicopter, a division of Bell Aerospace Services, Inc., a subsidiary of Bell Helicopter ("Bell Helicopter").

2. U.S. Helicopter has never done business as Helicopter Support Company, Inc.

3. U.S. Helicopter, Inc. sold its assets, including the business for which Plaintiff worked, to Bell Helicopter on June 13, 2005, prior to Plaintiff's termination.

4. Plaintiff was not employed by U.S. Helicopter, Inc. or Helicopter Support Company, Inc. at the time of his termination from employment.

WHEREFORE, the undersigned respectfully request this Honorable Court to dismiss Plaintiff's claims against the incorrectly designated and improper Defendant.

        Respectfully submitted,

        /s/ Mitchell G. Allen
        Mitchell G. Allen  (ASB 6947 A54M)
        Jeffrey A. Lee  (ASB 6829 E485)
        Attorneys for the former U.S. Helicopter, Inc. and
        Helicopter Support Company, Inc.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2602
T:  (205) 254-1000
F:  (205) 254-1999

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic filing on this the 29th day of August, 2007.

        Maricia Woodham
        M. Wayne Sabel
        Sabel & Sabel, P.C.
        Hillwood Office Center
        2800 Zelda Road, Suite 100-5
        Montgomery, Alabama  36106

        /s/ Mitchell G. Allen
        OF COUNSEL