IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-696-MEF |
| ) | |
| U. S. HELICOPTER, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #4) filed on August 29, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before September 14, 2007 as to why the motion should not be granted.

DONE this the 31st day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE