IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

| | |
|---|---|
| BILLY F. BRITT, _____, Plaintiff, v. U.S. HELICOPTER D/B/A HELICOPTER SUPPORT _____, Defendants, | CASE NO. 1:07CV696-MEF |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  U.S. Helicopter, Inc.  , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| U.S. Helicopter, Inc. | Sold its assets to Bell Helicopter Support Co., Inc. (who should be the proper party defendant) on June 13, 2005 |
| U.S. Helicopter, Inc. | Changed its name to Helicopter Support Company, Inc. after the above sale |

9/13/07
Date

(Signature)

**Mitchell G. Allen**
(Counsel's Name)

U.S. Helicopter, Inc.; Helicopter Support Company, Inc.
Counsel for (print names of all parties)
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue North, Ste 2400, Birmingham, AL  35203
Address, City, State Zip Code
205-254-1000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Mitchell G. Allen, Esq._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic filing_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of September 20 07, to:

Maricia Woodham, Esq.

M. Wayne Sabel, Esq.

Sabel & Sabel, P.C.

Hillwood Office Center

2800 Zelda Road, Suite 100-5

Montgomery, Alabama 36106


9/13/07
Date

[signature]
Signature