IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

BILLY F. BRITT,                                )
                                               )
        Plaintiff,                             )
                                               )
v.                                             )   CASE NO. 1:07CV696-MEF
                                               )
U.S. HELICOPTER D/B/A HELICOPTER SUPPORT       )
                                               )
        Defendants,                            )

## CONFLICT DISCLOSURE STATEMENT

        COMES NOW  Helicopter Support Company , a  Defendant     in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

■   The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

Helicopter Support Company, Inc. holds a       _____

10% interest in Army Fleet Support, LLC        _____
(neither company employed Plaintiff nor is
a proper party to this action)                 _____

                                               _____

9/13/07                                        _Mitchell D. Allen_
Date                                           (Signature)

                                               ## Mitchell G. Allen
                                               (Counsel's Name)

                                               U.S. Helicopter, Inc.; Helicopter Support Company, Inc.
                                               Counsel for (print names of all parties)
                                               Maynard Cooper & Gale, PC
                                               1901 Sixth Avenue North, Ste. 2400, Birmingham, AL  35203
                                               Address, City, State Zip Code
                                               205-254-1000
                                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Mitchell G. Allen, Esq. _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic filing _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of September 20 07, to:

Maricia Woodham, Esq.

M. Wayne Sabel, Esq.

Sabel & Sabel, P.C.

Hillwood Office Center

2800 Zelda Road, Suite 100-5

Montgomery, Alabama  36106

9/13/07
Date

_Mitchell Allen_
Signature