IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BILLY F. BRITT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.:1:07CV696-MEF |
| ) | |
| **U.S. HELICOPTER, d/b/a HELICOPTER** ) | |
| **SUPPORT COMPANY, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Plaintiff and pursuant to the Court's Order, submits this response as grounds to deny Defendant's Motion to Dismiss:

As an initial matter, it is clear in this Circuit that a "motion to dismiss will be denied unless it appears beyond all doubt that the plaintiff can prove no set of facts in support of his claims that would entitle him to relief." *Powell v. Lennon*, 914 F.2d 1459, 1463 (11th Cir. 1990). The allegations in the complaint must be taken as true for purposes of the motion to dismiss, *id.* at 1463, and they must be viewed in the light most favorable to the non-moving party. *Hishon v. King & Spalding*, 467 U.S. 69, 73 (1984). Additionally, this Court has recognized that the threshold that a complaint must meet to survive a motion to dismiss for failure to state a claim is "exceedingly low." *Adair v. Troy State Univ. of Montgomery*, 892 F. Supp. 1401 (M.D. Ala. 1995) (Albritton, J.) (citing *Ancata v. Prison Health Services, Inc.*, 769 F.2d 700, 703 (11th Cir. 1985)). The Defendant cannot make such a showing in the present case.

Defendant's motion is based on its assertion that Plaintiff was not its employee at the time of his termination. Information available with the Secretary of State at the time that Plaintiff's complaint was filed indicates that on June 13, 2005, Defendant U.S. Helicopter instituted a mere "name change" to Helicopter Support Company, Inc. (See Exhibit A). The president for U.S. Helicopter and Helicopter Support Company, as reported in the annual reports for 2004, 2005 and 2006, remained the same. (See Exhibit B). As such, it is reasonable to conclude that Defendant U.S. Helicopter is a proper defendant.

Additionally, Plaintiff has alleged acts far more extensive than a single, discrete act of discrimination. The Complaint outlines acts occurring throughout his employment motivated by racial and/or other invidiously discriminatory animus. Further, the information available with the Secretary of State indicates that there is a connection between U.S. Helicopter and Helicopter Support Company during the time of Plaintiff's employment. Based on the foregoing, it is unrealistic for Plaintiff Britt or his counsel to conclude that U.S. Helicopter d/b/a Helicopter Support Company, Inc. is not a proper defendant. Plaintiff should be afforded the opportunity to explore the veracity of Defendant's representations through the discovery process.

**WHEREFORE**, Plaintiff requests that this Court deny Defendant's Motion to Dismiss.

Respectfully submitted,

/s/ Maricia Woodham
Maricia Woodham (BEN050)
One of the Attorneys for
Plaintiff Billy F. Britt

OF COUNSEL:

SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106
Telephone: (334) 271-2770
Facsimile: (334) 277-2882

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic filing on this the 14th day of September, 2007.

Mitchell G. Allen
Jeffrey A. Lee
Maynard, Cooper & Gale, P.C.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602

/s/ Maricia Woodham_____
OF COUNSEL



# TRANSACTIONS
## Office of the Secretary of State
## State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                              D/C 168-423
  Legal Name:   Helicopter Support Company, Inc.


                ---- Legal Name Changed From: ---------------------------------
06-13-2005..:   US Helicopter, Inc.

02-23-1995..:   UNC Helicopter, Inc.

12-30-1994..:   UNC Helicopter of Alabama, Inc.
                    * Simultaneous With Merger Of 898-348

                ---- Legal Name Merged In: ------------------------------------
12-30-1994..:   UNC Helicopter, Inc.
                    * Simultaneous With Survivor Name Change

                ---- Registered Agent Changed From: ---------------------------
06-14-2005..:   JOYCE, RICHARD A
                1101 VALENTINE ST EXTENSION
                OZARK, AL   36360

                ---- Principal Office Changed From: ---------------------------
06-14-2005..:   OZARK, AL

                ---- Miscellaneous Filing Entry: ------------------------------
12-15-1994..:   CONSENT TO USE CORPORATE NAME
```

**← PREVIOUS PAGE**



© 2007, Office of the Secretary of State, State of Alabama



EXHIBIT A



# ANNUAL REPORT DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

## 2004 Annual Report

```
Reporting
  Address...:   HELICOPTER SUPPORT COMPANY INC
                C/O MCDANIEL & ASSOC PC
                PO BOX 6356
                DOTHAN, AL   36302-6356

Agent As
  Reported..:   JOHNSTON, G DAVID
                291 N OATES ST
                DOTHAN, AL   36303-4555

President
  Of Corp...:   JOYCE, RICHARD A
                5220 OLD BERRYHILL RD
                MILTON, FL   32570-8036

Secretary
  Of Corp...:   THAXTON, DAVID R
                P O BOX 334
                NORTHSTONINGTON, CT   06359

General
  Business..:   AIRCRAFT
                1101 VALENTINE ST EXT
                OZARK, AL   36360

Telephone
  Number....:   334-774-2529

Processed
  By Revenue:   05-21-2007
```

**← PREVIOUS PAGE**





EXHIBIT B

© 2007, Office of the Secretary of State, State of Alabama



# ANNUAL REPORT DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

## 2005 Annual Report

```
Reporting
   Address...:   HELICOPTER SUPPORT COMPANY INC
                 C/O MCDANIEL & ASSOC PC
                 PO BOX 6356
                 DOTHAN, AL   36302-6356

Agent As
   Reported..:   JOHNSTON, G DAVID
                 291 N OATES ST
                 DOTHAN, AL   36303-4555

President
   Of Corp...:   JOYCE, RICHARD A
                 5220 OLD BERRYHILL RD
                 MILTON, FL   32570-8036

Secretary
   Of Corp...:   THAXTON, DAVID R
                 P O BOX 334
                 NORTHSTONINGTON, CT   06359

General
   Business..:   AIRCRAFT
                 1101 VALENTINE ST EXT
                 OZARK, AL   36360

Telephone
   Number....:   334-774-2529

Processed
   By Revenue:   05-21-2007
```

**← PREVIOUS PAGE**



© 2007, Office of the Secretary of State, State of Alabama



# ANNUAL REPORT DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

## 2006 Annual Report

```
Reporting
  Address...:   HELICOPTER SUPPORT COMPANY INC
                C/O MCDANIEL & ASSOC PC
                PO BOX 6356
                DOTHAN, AL   36302-6356

Agent As
  Reported..:   JOHNSTON, G DAVID
                291 N OATES ST
                DOTHAN, AL   36303-4555

President
  Of Corp...:   JOYCE, RICHARD A
                5220 OLD BERRYHILL RD
                MILTON, FL   32570-8036

Secretary
  Of Corp...:   THAXTON, DAVID R
                P O BOX 334
                NORTHSTONINGTON, CT   06359

General
  Business..:   AIRCRAFT
                1101 VALENTINE ST EXT
                OZARK, AL   36360

Telephone
  Number....:   334-774-2529

Processed
  By Revenue:   05-21-2007
```

**← PREVIOUS PAGE**



© 2007, Office of the Secretary of State, State of Alabama