**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BILLY F. BRITT,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO.:  1:07CV696-MEF** |
| ) | |
| **U.S. HELICOPTER d/b/a HELICOPTER** ) | |
| **SUPPORT COMPANY, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

## REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

COMES NOW the purported and improperly named Defendant (hereinafter "the improper Defendant") designated as U.S. Helicopter d/b/a Helicopter Support Company, Inc., and replies to Plaintiff's response to Defendant's motion to dismiss as follows:

1. Exhibit A to Plaintiff's response reflects that "U.S. Helicopter, Inc." not "U.S. Helicopter" changed its name to Helicopter Support Company, Inc.

2. Plaintiff's complaint names "U.S. Helicopter" as the defendant and the summons was issued in its name.

3. U.S. Helicopter has never done business as Helicopter Support Company, Inc. but did purchase the assets of U.S. Helicopter, Inc.

4. Upon information and belief, U.S. Helicopter is not a legal entity but is a division of the Bell Aerospace.

5. Plaintiff has not properly named, and thus served, any proper legal entity and has failed to join a party needed for just adjudication.

WHEREFORE, the undersigned respectfully request this Honorable Court to dismiss Plaintiff's claims against the incorrectly designated and improper Defendant.

         Respectfully submitted,

         /s/ Jeffrey A. Lee
         Mitchell G. Allen  (ASB 6947 A54M)
         Jeffrey A. Lee  (ASB 6829 E485)
         Attorneys for the former U.S. Helicopter, Inc. and
         Helicopter Support Company, Inc.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2602
T:  (205) 254-1000
F:  (205) 254-1999

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic filing on this the 14th day of September, 2007.

         Maricia Woodham
         M. Wayne Sabel
         Sabel & Sabel, P.C.
         Hillwood Office Center
         2800 Zelda Road, Suite 100-5
         Montgomery, Alabama  36106

         /s/ Jeffrey A. Lee
         OF COUNSEL