IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U. S. HELICOPTER, )<br>)<br>Defendant. ) | CASE NO. 1:07-cv-696-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct Complaint (Doc. #11) filed on September 17, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 20th day of September, 2007.

                                /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE