# UNITED STATES DISTRICT COURT

__Middle__ DISTRICT OF __Alabama, Northern Division__

BILLY F. BRITT

V.

U.S. HELICOPTER, d/b/a HELICOPTER SUPPORT COMPANY, INC. and BELL AEROSPACE SERVICES, INC., d/b/a U.S. HELICOPTER

**SUMMONS IN A CIVIL CASE**

CASE NO. CV1:07CV696

TO: Bell Aerospace Services, Inc. *d/b/a U.S. Helicopter*
The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Maricia Woodham, Esq.
Sabel & Sabel, P.C.
2800 Zelda Rd., Suite 100-5
Montgomery, AL 36106
334-271-2770

an answer to the complaint which is herewith served upon you, within 30 (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

*Debra P. Hackett*
CLERK

9/24/07
DATE

(BY) DEPUTY CLERK