| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>The Corporation Company    9/25/07<br>C. Signature<br>X The Corporation Company    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Bell Aerospace Services, Inc.<br>d/b/a U.S. Helicopter<br>The Corporation Company<br>2000 Interstate Park Drive,<br>Suite 204<br>Montgomery, AL 36109 | 1:07CV696<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000-1670-0013-7664-9915 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789