IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BILLY F. BRITT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. CV1:07CV696 |
| | ) |
| **U.S. HELICOPTER, d/b/a HELICOPTER** | ) |
| **SUPPORT CO., INC. and BELL** | ) |
| **AEROSPACE SERVICES, INC., d/b/a** | ) |
| **U.S. HELICOPTER,** | ) |
| | ) |
| **Defendants.** | ) |

### CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

Now comes Defendant U.S. Helicopter, Inc. ("Defendant"), with the consent of counsel for Billy Britt ("Plaintiff"), and hereby moves for a ten (10) day extension of time within which to respond to the Amended Complaint in this case. As grounds for said Motion, Defendant states as follows:

1. Plaintiff has requested from the Equal Employment Opportunity Commission ("EEOC"), but has not yet received, the EEOC file underlying this claim.

2. Plaintiff will not know whether Defendant's continued presence in this case is necessary until Plaintiff has an opportunity to review the EEOC file.

3. The Defendant seeks a ten (10) day extension of time within which to respond to the Amended Complaint. Plaintiff's counsel has expressly consented to this motion, and there will be no prejudice to any party by granting this motion.

01550895

WHEREFORE, the Defendant respectfully requests that this Court grant it a ten (10) day extension of time within which to respond to the Amended Complaint, making the response due on or before October 15, 2007.

        /s/Jeffrey A. Lee
Jeffrey A. Lee (LEE025)
Mitchell G. Allen
Attorneys for U.S. Helicopter, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, AL 35203
Telephone:    205-254-1000
Fax:          205-254-1999

01550895

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served on the following by filing a copy with the CM/ECF system, this 5th day of October, 2007:

Maricia Woodham, Esq.
Mark W. Sabel, Jr.
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Rd.; Suite 100-5
Montgomery, AL 36106
Telephone: 334-271-2770
Fax: 334-277-2882

                                    /s/Jeffrey A. Lee
                                    Of Counsel

01550895