IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-696-MEF |
| | ) |
| U. S. HELICOPTER, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Consent Motion for Extension of Time to Answer (Doc. #17) filed on October 5, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 9th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE