IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLY F. BRITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:07-cv-696-MEF |
| | ) | |
| U. S. HELICOPTER, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Consent Motion for Extension of Time to Answer (Doc. #19) filed on October 15, 2007, it is hereby

ORDERED that the motion is GRANTED to and including October 25, 2007.

DONE this the 17th day of October, 2007.

        /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE