IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U. S. HELICOPTER, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:07cv696-MEF |

**ORDER ON MOTION AND PROTECTIVE ORDER**

On October 23, 2007, Defendant, U.S. Helicopter, Inc. filed a Motion for Protective Order (Doc. #22), in compliance with the Health Insurance Portability and Accountability Act (HIPPA). Upon consideration of that motion, it is

ORDERED that the motion (Doc. #22) is GRANTED. It is further

ORDERED that:

Upon compliance with Federal law, the attorneys for the parties to this lawsuit are permitted to obtain all health information relating to any individual who is a party to this case, or of any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee, and to obtain all information relative to payment for the provision of medical care to any such individual, including any and all psychiatric and/or mental health records. This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Federal law, the sole purpose hereof being only to permit compliance with the HIPAA.

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. This Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the HIPAA.

At the conclusion of this action and at the written request of an individual whose Protected Health Information has been disclosed, or such individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Federal insurance laws and the Alabama State Bar rules and regulations.

Done this 25th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE