IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BILLY F. BRITT,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO.:1:07CV696-MEF |
| ) | |
| **U.S. HELICOPTER, d/b/a HELICOPTER** ) | |
| **SUPPORT COMPANY, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISMISS

**COMES NOW** Plaintiff, Billy Britt, and moves to dismiss Defendant U.S. Helicopter d/b/a Helicopter Support Company, Inc. from this lawsuit without prejudice, with each party to bear its own costs.

              Respectfully submitted,

              /s/ Maricia Woodham_____
              Maricia Woodham (BEN050)
              One of the Attorneys for
              Plaintiff Billy F. Britt

OF COUNSEL:

SABEL & SABEL, P.C.
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106
Telephone:  (334) 271-2770
Facsimile:  (334) 277-2882

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic filing on this the 25th day of October, 2007.

Mitchell G. Allen
Jeffrey A. Lee
Maynard, Cooper & Gale, P.C.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602

Martha Leach Thompson
Christopher S. Rodgers
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, AL  35223

                                              /s/ Maricia Woodham_____
                                              OF COUNSEL