IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT,            ) | |
| )  | |
| Plaintiff,            ) | |
| ) | |
| ) | |
| v.            ) | CIVIL ACTION NO. |
| ) | 1:07-cv-00696 |
| U.S. HELICOPTER, d/b/a HELICOPTER) | |
| SUPPORT CO., INC. and BELL            ) | |
| AEROSPACE SERVICES, INC., d/b/a            ) | |
| U.S. HELICOPTER,            ) | |
| ) | |
| Defendant.            ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT U.S. HELICOPTER, INC., TO PLAINTIFF'S AMENDED COMPLAINT**

Now comes Defendant U.S. Helicopter, Inc., ("Defendant") to answer Plaintiff's Amended Complaint and hereby states the following:

1. In response to Paragraph 1, Defendant denies that it committed any unlawful acts and denies that Plaintiff is entitled to any form of relief.

2. Defendant denies the allegations contained in Paragraph 2.

3. Defendant denies the allegations contained in Paragraph 3.

4. Defendant admits the allegations contained in Paragraph 4.

5. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 5.

6. In response to Paragraph 6, Defendant admits that this Court has supplemental jurisdiction over Plaintiff's state law claims but states that this Court can decline to exercise such jurisdiction if it so chooses.

7. Defendant admits the allegations contained in Paragraph 7.

01559677

8.  Defendant denies that Plaintiff was unlawfully terminated. Defendant admits the remaining allegations contained in Paragraph 8.

9.  Defendant states that its legal name is U.S. Helicopter, Inc., and that it sold its assets, including the business for which Plaintiff worked, on June 13, 2005. Defendant admits the remaining allegations contained in Paragraph 9.

10. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 10.

11. Defendant admits the allegations contained in Paragraph 11.

12. Defendant admits the allegations contained in Paragraph 12.

13. In response to Paragraph 13, upon information and belief, Defendant states that Plaintiff's starting salary was approximately $11.40 per hour.

14. In response to Paragraph 14, Defendant admits that Bob Nessler was one of Plaintiff's supervisors.

15. Defendant denies the allegations contained in Paragraph 15.

16. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 16.

17. Defendant admits that Plaintiff was transferred to Avionics in or about August 2001. Defendant denies the remaining allegations contained in Paragraph 17.

18. Defendant denies the allegations contained in Paragraph 18.

19. Defendant admits the allegations contained in Paragraph 19.

20. Defendant denies the allegations contained in Paragraph 20.

21. Defendant admits the second sentence of Paragraph 21 but denies that Plaintiff was the only African American employee in Avionics.

22. Defendant admits the allegations contained in Paragraph 22.

23. Defendant admits the allegations contained in Paragraph 23.

24. Defendant denies the allegations contained in Paragraph 24.

25. Defendant denies the allegations contained in Paragraph 25.

26. Defendant denies the allegations contained in Paragraph 26.

27. Defendant denies the allegations contained in Paragraph 27.

28. Defendant denies the allegations contained in Paragraph 28.

29. Defendant denies the allegations contained in Paragraph 29.

30. Defendant denies the allegations contained in Paragraph 30.

31. Defendant denies the allegations contained in Paragraph 31.

32. Defendant denies the allegations contained in Paragraph 32.

33. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 33.

34. Defendant denies the allegations contained in Paragraph 34.

35. Defendant denies the allegations contained in Paragraph 35.

36. Defendant denies the allegations contained in Paragraph 36.

37. Defendant denies the allegations contained in Paragraph 37.

38. Defendant denies the allegations contained in Paragraph 38.

39. Defendant admits the allegations contained in Paragraph 39.

40. Defendant denies the allegations contained in Paragraph 40.

41. Defendant denies the allegations contained in Paragraph 41.

42. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 42.

43. Defendant denies the allegations contained in Paragraph 43.

44. Defendant denies the allegations contained in Paragraph 44.

45. Defendant denies the allegations contained in Paragraph 45.

46. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 46.

47. Defendant denies the allegations contained in Paragraph 47.

48. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 48.

49. Defendant admits the allegations contained in Paragraph 49.

50. Defendant denies the allegations contained in Paragraph 50.

51. Defendant denies the allegations contained in Paragraph 51.

52. Defendant denies the allegations contained in Paragraph 52.

53. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 53.

54. Defendant denies the allegations contained in Paragraph 54.

55. Defendant denies the allegations contained in Paragraph 55.

56. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 56.

57. Defendant denies the allegations contained in Paragraph 57.

58. Defendant denies the allegations contained in Paragraph 58.

59. Defendant denies the allegations contained in Paragraph 59.

60. Defendant denies the allegations contained in Paragraph 60.

61. Defendant denies the allegations contained in Paragraph 61.

62. Defendant denies that it ever learned of any such phrase on the walls of the restroom. Defendant is without sufficient information to admit or deny the remaining allegations contained in Paragraph 62.

63. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 63.

64. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 64.

65. Defendant denies the allegations contained in Paragraph 65.

66. Defendant denies the allegations contained in Paragraph 66.

67. Defendant denies the allegations contained in Paragraph 67.

68. Defendant denies the allegations contained in Paragraph 68.

69. Defendant denies the allegations contained in Paragraph 69.

70. Defendant denies the allegations contained in Paragraph 70.

71. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 71.

72. Defendant admits the allegations contained in Paragraph 72.

73. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 73.

74. Defendant denies the allegations contained in Paragraph 74.

75. Defendant denies the allegations contained in Paragraph 75.

76. Defendant denies the allegations contained in Paragraph 76.

77. Defendant denies the allegations contained in Paragraph 77.

78. Defendant denies the allegations contained in Paragraph 78.

79. Defendant denies the allegations contained in Paragraph 79.

80. Defendant denies the allegations contained in Paragraph 80.

81. Defendant admits the allegations contained in Paragraph 81.

82. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 82.

83. Defendant denies the allegations contained in Paragraph 83.

84. Defendant denies the allegations contained in Paragraph 84.

85. Defendant denies the allegations contained in Paragraph 85.

86. Defendant denies the allegations contained in Paragraph 86.

87. Defendant denies the allegations contained in Paragraph 87.

88. Defendant denies the allegations contained in Paragraph 88.

89. Defendant denies the allegations contained in Paragraph 89.

90. Defendant denies the allegations contained in Paragraph 90.

91. Defendant denies the allegations contained in Paragraph 91.

92. Defendant denies the allegations contained in Paragraph 92.

93. Defendant denies the allegations contained in Paragraph 93.

94. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 94.

95. Defendant denies the allegations contained in Paragraph 95.

96. Defendant denies the allegations contained in Paragraph 96.

97. Defendant denies the allegations contained in Paragraph 97.

98. Defendant denies the allegations contained in Paragraph 98.

99. In response to Paragraph 99, Defendant reincorporates and reasserts Paragraphs 1-

98 of this Answer.

100. Defendant admits that Plaintiff is a member of a class protected by 42 U.S.C. § 2000(e) *et seq.*, but denies the remainder of the allegations contained in Paragraph 100.

101. Defendant denies the allegations contained in Paragraph 101.

102. Defendant denies the allegations contained in Paragraph 102.

103. Defendant denies the allegations contained in Paragraph 103.

104. In response to Paragraph 104, Defendant reincorporates and reasserts Paragraphs 1-103 of this Answer.

105. Defendant denies the allegations contained in Paragraph 105.

106. Defendant denies the allegations contained in Paragraph 106.

107. In response to Paragraph 107, Defendant reincorporates and reasserts Paragraphs 1-106 of this Answer.

108. Defendant denies the allegations contained in Paragraph 108.

109. Defendant denies the allegations contained in Paragraph 109.

110. Defendant denies the allegations contained in Paragraph 110.

111. Defendant denies the allegations contained in Paragraph 111.

112. Defendant denies the allegations contained in Paragraph 112.

113. In response to Paragraph 113, Defendant reincorporates and reasserts Paragraphs 1-112 of this Answer.

114. Defendant denies the allegations contained in Paragraph 114.

115. Defendant denies the allegations contained in Paragraph 115.

116. In response to Paragraph 116, Defendant reincorporates and reasserts Paragraphs 1-115 of this Answer.

117. Defendant admits that Plaintiff is a member of a class protected by 42 U.S.C. § 1981 but denies the remainder of the allegations contained in Paragraph 117.

118. Defendant denies the allegations contained in Paragraph 118.

119. Defendant denies the allegations contained in Paragraph 119.

120. In response to Paragraph 120, Defendant reincorporates and reasserts Paragraphs 1-119 of this Answer.

121. Defendant denies that there is any legal basis for Plaintiff's claim for negligent supervision and training. Defendant admits the remaining portion of the allegations contained in Paragraph 121.

122. Defendant admits the allegations contained in Paragraph 122.

123. Defendant denies the allegations contained in Paragraph 123.

124. In response to Paragraph 124, Defendant reincorporates and reasserts Paragraphs 1-123 of this Answer.

125. Defendant denies that there is any legal basis for Plaintiff's claim for negligent retention. Defendant admits the remaining portion of the allegations contained in Paragraph 125.

126. Defendant denies the allegations contained in Paragraph 126.

127. In response to Paragraph 124, Defendant reincorporates and reasserts Paragraphs 1-126 of this Answer.

128. Defendant denies that there is any legal basis for Plaintiff's claim for negligence. Defendant admits the remaining portion of the allegations contained in Paragraph 128.

129. Defendant denies the allegations contained in Paragraph 129.

130. Defendant denies the allegations contained in Paragraph 130.

131. In response to the portion of Plaintiff's Amended Complaint entitled "Prayer for

Relief," Defendant denies that Plaintiff is entitled to any relief in this action, including, but not limited to, the relief sought in sub-paragraphs (a) through (h).

## AFFIRMATIVE AND/OR ADDITIONAL DEFENSES

1. Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

2. Any and all employment decisions relating to Plaintiff about which Plaintiff is complaining were made for legitimate, nondiscriminatory reasons.

3. Defendant is not guilty of any intentional or culpable action and is not liable to Plaintiff under any theory of law.

4. Plaintiff's claims for Negligent Supervision and Training, Negligent Retention, and Negligence (Claims 6-8 in Plaintiff's Amended Complaint) are barred by the Statute of Limitations. *See* Ala. Code § 6-2-38; *see also Boyce v. Cassese*, 941 So.2d 932 (Ala. 2006).

5. Plaintiff's claims are barred because they are not like or related to the claims raised in his EEOC charge.

6. Plaintiff has failed to mitigate his damages, if any, as required by law.

7. Plaintiff should not recover on his claim for punitive damages because Defendant did not unlawfully discriminate against Plaintiff, willfully or otherwise.

8. Defendant may not be held liable for punitive damages as it has undertaken a good faith effort to comply with all anti-discrimination laws and has never acted with malice or with reckless indifference to Plaintiff's federally protected rights. *See Kolstad v. American Dental Ass'n*, 119 S.Ct. 2118, 2128-29 (1999).

9. Except as they are specifically admitted hereinabove, Defendant denies the material allegations of Plaintiff's Complaint and demands strict proof thereof.

01559677

10. Plaintiff's claims and/or damages may be limited by the after-acquired evidence doctrine.

11. To avoid waiver, Defendant assert the defenses of waiver, estoppel, res judicata, and collateral estoppel, to the extent they may apply.

12. Defendant denies that any unlawful acts were committed against Plaintiff. However, even if one were to assume they did occur, Defendant neither authorized nor ratified any alleged wrongful actions.

13. Plaintiff failed to take advantage of preventive or corrective opportunities provided by the employer to avoid harm.

14. Defendant denies that it was motivated by any unlawful animus when it made employment decisions as to Plaintiff. Defendant asserts, however, that it would have made the same employment decisions irrespective of any alleged unlawful motive.

15. Defendant has neither commenced nor completed discovery and respectfully reserves the right to amend and revise its answer from time to time upon discovery of additional facts or information.

Respectfully submitted,

/s/Jeffrey A. Lee
Jeffrey A. Lee (LEE025)
Mitchell G. Allen
Attorneys for U.S. Helicopter, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, AL 35203
Telephone: 205-254-1000
Fax: 205-254-1999

01559677

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to each party of such filing.

      /s/Jeffrey A. Lee
Jeffrey A. Lee (LEE025)
Mitchell G. Allen
Attorneys for U.S. Helicopter, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, AL 35203
Telephone:   205-254-1000
Fax:           205-254-1999

01559677