IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. CV1:07CV696 |
| § | |
| U.S. HELICOPTER, d/b/a/ § | |
| HELICOPTER SUPPORT § | |
| COMPANY, INC., and BELL § | |
| AEROSPACE SERVICES, INC., § | |
| d/b/a U.S. HELICOPTER, § | |

## MOTION FOR SCHEDULING ORDER

COMES now the Defendant, U.S. Helicopter, Inc., and requests this Court to enter an Order setting a scheduling conference in the above-referenced case. As grounds for this Motion, the Defendant shows unto the Court as follows:

1. On November 8, 2007, the parties attended a Parties' Planning Meeting. During the Parties' Planning Meeting, scheduling deadlines were discussed. However, counsel for Plaintiff and Defendant differ in the scheduling of certain deadlines. The parties are unable to agree when discovery should be completed and dispositive motions should be filed. Counsel for the Plaintiff has requested a discovery deadline of October 1, 2008 with dispositve motions to be filed by September 2, 2008. Counsel for Defendant has requested a discovery cut-off of August 1, 2008 with dispositive motions due on or before September 2, 2008.

2. In addition, counsel for Plaintiff submits Plaintiff's expert reports be due on July 14, 2008 and Defendants' expert reports be due on July 28, 2008.

{01188931.1/3000-1196}

Defendant submits that it should be entitled to take Plaintiff's expert(s) deposition(s) before submitting its own report and has proposed the following schedule:

> Defendant submits that reports from retained experts under Rule 26(a)(2)(B) are due from Plaintiff on <u>May 9, 2008</u> to submit for deposition by <u>June 6, 2008</u>. From Defendants <u>June 20, 2008</u> to submit for deposition by <u>July 18, 2008</u>.

3. Counsel for Defendant believes that a scheduling conference will facilitate orderly, timely and expeditious completion of discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Court to set this matter for a scheduling conference.

/s/ Martha Leach Thompson<br>
Christopher S. Rodgers<br>
Martha Leach Thompson<br>
Attorneys for Defendant, U.S. Helicopter, Inc.

<u>Of Counsel</u>:
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223

{01188931.1/3000-1196}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served via the CM/ECF System on the following on this the 9th day of November, 2007:

Maricia Woodham, Esq.
M. Wayne Sabel, Esq.
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

/s/ Martha Leach Thompson
Of Counsel

{01188931.1/3000-1196}