IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, )| |
| )| |
| PLAINTIFF, )| |
| v. )| CASE NO. 1:07-cv-696-MEF |
| )| |
| BELL AEROSPACE SERVICES, INC. )| |
| d/b/a U.S. HELICOPTER, )| |
| )| |
| DEFENDANT. )| |

### **ORDER**

When Plaintiff initially filed this action, the named defendants were different than the sole named defendant now in this case. To avoid confusion in this case, it is hereby ORDERED that the caption of this case is changed to reflect that this action is proceeding only against Bell Aerospace Services, Inc. d/b/a U.S. Helicopter. The parties are DIRECTED to use the new caption as it appears on this Order for all future submissions to the Court.

DONE this the 13th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE