IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | CASE NO. 1:07-cv-696-MEF |
| ) | |
| BELL AEROSPACE SERVICES, INC. ) | |
| d/b/a U.S. HELICOPTER, ) | |
| ) | |
| DEFENDANT. ) | |

# **ORDER**

This cause is before the Court on the Motion for Scheduling Order (Doc. # 27) filed on November 9, 2007. By this motion Defendant seeks a scheduling conference because the parties were unable to agree to certain deadlines at the parties' planning meeting which they held on November 8, 2007. It is hereby ORDERED as follows:

1. The Motion for Scheduling Order (Doc. # 27) is DENIED. The Court will enter a Uniform Scheduling Order after the parties file a report of their planning meeting and the Court will resolve any disputes regarding deadlines to the extent that report sets forth any such disputes.

2. The Rule 26(f) report of the parties' planning meeting containing the discovery plan shall be filed as soon as practicable but not later than **November 20, 2007.**

3. The parties are advised that the longstanding practice in this district is that dispositive motions shall be filed **no later than 90 days prior to the pretrial date**. If the parties seek to vary from that schedule, they should present, in the report of parties' planning

meeting, specific case related reasons for the requested variance.

To the extent that the parties are unable to agree to a proposed deadline for any deadline required to be proposed in the report of parties' planning meeting, they should articulate in that report that they have failed to agree and they should present the date each proposes and a brief statement of the parties' basis for proposing the respective dates.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the Court will follow the form of the Uniform Scheduling Order adopted by the judges of this Court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 13th day of November, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE