IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT,<br><br>    Plaintiff,<br><br>v.<br><br>BELL AEROSPACE SERVICES, INC.<br>d/b/a U. S. HELICOPTER.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§    Case No. CV1:07CV696<br>§<br>§<br>§<br>§<br>§ |

### REPORT OF PARTIES' PLANNING MEETING

1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on November 8, 2007, and was attended by:

    a.    Appearing on behalf of Plaintiff:

    Maricia Woodham

    b.    Appearing on behalf of Defendant:

    Martha Leach Thompson

2.    **Pre-discovery Disclosures.**

The parties will exchange by November 21, 2007 the information required by Fed. R. Civ. P. 26 1(a)(1).

3.    **Discovery Plan.**

Discovery will be needed on the following subjects: All issues raised by the Complaint and the Answers filed in response therewith.

The parties are unable to agree when discovery should be completed.

The Plaintiff proposes that all discovery commence in time in order to be completed by October 1, 2008.

Defendant proposes that all discovery commence in time in order to be completed by August 1, 2008.

{01188823.1/3000-1196}

Maximum of 40 Interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 Requests for Admission by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

The parties are unable to agree on expert disclosure deadlines.

Reports from retained experts under Rule 26(a)(2)(B) due:

Plaintiff proposes that reports from retained experts under Rule 26(a)(2)(B) are due from Plaintiff by July 14, 2008 and from Defendant by July 28, 2008.

Defendant proposes that reports from retained experts under Rule 26(a)(2)(B) are due from Plaintiff by May 9, 2008 to submit for deposition by June 6, 2008. From Defendants June 20, 2008 to submit for deposition by July 18, 2008.

Supplementations of discovery responses will be due pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

### 4.     Other Items.

The parties request a pretrial conference in October of 2008.

Plaintiff should be allowed until January 7, 2008 to join additional parties and 120 days from the date of this Order to amend the pleadings.

Defendants should be allowed until February 4, 2008 to join additional parties and 120 days from the date of this Order to amend the pleadings.

All potentially dispositive motions should be filed by September 2, 2008.

Settlement cannot be properly evaluated at this particular date. The parties intend to continuously re-evaluate settlement possibilities.

{01188823.1/3000-1196}

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

> From Plaintiff – 60 days before trial.
> From Defendants – 60 days before trial.

Parties should have 14 days after service of the final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by December 1, 2008 trial term in Dothan, Alabama, and at this time is expected to take approximately 4 days.

Submitted this the ___ day of November, 2007.

/s/ Maricia Woodham
Attorney for Plaintiff

Of Counsel:
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
T: 334-271-2770
F: 334-277-2882


/s/ Martha Leach Thompson
Christopher S. Rodgers
Martha Leach Thompson
Attorneys for Defendant, U.S. Helicopter, Inc.

Of Counsel:
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223
T: 205-251-1193
F: 205-251-1256

Case 1:07-cv-00696-MEF-WC    Document 30    Filed 11/19/2007    Page 4 of 4

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

> From Plaintiff – 60 days before trial.
> From Defendants – 60 days before trial.

Parties should have 14 days after service of the final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by December 1, 2008 trial term in Dothan, Alabama, and at this time is expected to take approximately 4 days.

Submitted this the 19th day of November, 2007.

/s/ Maricia Woodham
Attorney for Plaintiff

Of Counsel:
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
T: 334-271-2770
F: 334-277-2882


/s/ Martha Leach Thompson
Christopher S. Rodgers
Martha Leach Thompson
Attorneys for Defendant, U.S. Helicopter, Inc.

Of Counsel:
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223
T: 205-251-1193
F: 205-251-1256

{01188823.1/3000-1196}