IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, | ) |
| | ) |
| | )    CASE NO. CV1:07CV696 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BELL AEROSPACE SERVICES, INC., d/b/a | ) |
| U.S. HELICOPTER, | ) |
| | ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Billy F. Britt, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- **X** This party is an individual, or
- ☐ This party is a government entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                        Relationship to Party

No reportable relationships                              _____

December 4, 2007                           /s/ Maricia Woodham
                                           Counsel for Billy F. Britt
                                           Sabel & Sabel, P.C.
                                           2800 Zelda Rd.; Suite 100-5
                                           Montgomery, AL 36106
                                           Telephone:   334- 271-2770
                                           Facsimile    334-277-2882

**CERTIFICATE OF SERVICE**

      I do hereby certify that I electronically filed a true and correct copy of the foregoing with the clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Christopher S. Rodgers
Martha Leach Thompson
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223

                                                /s/ Maricia Woodham
                                                Maricia Woodham