**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BILLY F. BRITT,** ) | |
| ) | |
| ) | **CASE NO. CV1:07CV696** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **BELL AEROSPACE SERVICES, INC., d/b/a** ) | |
| **U.S. HELICOPTER,** ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW**

COMES now Maricia B. Woodham, attorney for Plaintiff, Billy F. Britt, and moves this Court for an Order permitting her to withdraw from her representation of Plaintiff in this action, and in support thereof states:

1. Ms. Woodham has appeared in this action as a lawyer with the law firm of Sabel & Sabel, P.C.

2. Ms. Woodham is leaving the law firm of Sabel & Sabel, P.C.

3. The firm of Sabel & Sabel, P.C. will continue to represent Plaintiff in this action and there will be no harm or prejudice to Plaintiff. Specifically, M. Wayne Sabel and Mark Sabel will continue their capacity as counsel for Plaintiff.

WHEREFORE, Ms. Woodham requests that she be permitted to withdraw as counsel in this action.

Respectfully submitted this the  8th day of March , 2008.

        /s/ Maricia B. Woodham
        MARICIA B. WOODHAM (*BEN050)*

**OF COUNSEL:**
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 *facsimile*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system this the 8th day of March, 2008, which will send notice of same to all counsel of record.

    Christopher S. Rodgers
    Martha Leach Thompson
    Huie, Fernambucq & Stewart, LLP
    Three Protective Center
    2801 Highway 280 South
    Birmingham, Alabama 35223

        /s/ Maricia Woodham
        OF COUNSEL