IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-696-MEF |
| ) | |
| U. S. HELICOPTER, d/b/a Helicopter ) | |
| Support Company, Inc., *et al.,* ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

Upon consideration of the Motion to Withdraw filed by Maricia B. Woodham (Doc. #33) on March 8, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 11th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE