IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. HELICOPTER, d/b/a/<br>HELICOPTER SUPPORT<br>COMPANY, INC., and BELL<br>AEROSPACE SERVICES, INC.,<br>d/b/a U.S. HELICOPTER, | §<br>§<br>§<br>§<br>§   Case No. CV1:07CV696<br>§<br>§<br>§<br>§<br>§<br>§ |

## U.S. HELICOPTER'S
## MOTION FOR FINAL SUMMARY JUDGMENT

COMES NOW, Defendant U.S. Helicopter, and requests this Court to enter an Order granting final summary judgment dismissing all claims that the Plaintiff has brought against it. As grounds for said Motion, this Defendant states and shows as follows

    1.    Mr. Britt cannot establish a prima facie case of a hostile work environment based on race.

    2.    Mr. Britt cannot establish his claim for race discrimination and termination.

    3.    Mr. Britt cannot establish his claim for discriminatory treatment in terms and conditions of his employment.

    4.    Mr. Britt has failed to establish his claim for retaliation under Title VII.

{01263034.1/3000-1196}

5. Mr. Britt has failed to demonstrate that he is a qualified individual with a disability under the Americans with Disability Act.

6. Mr. Britt cannot show that he was retaliated in violation of the ADA.

7. Mr. Britt is barred from pursuing his retaliation claim for failure to exhaust administrative remedies.

8. Mr. Britt's claims of negligent supervision, training and retention fail.

9. Mr. Britt's claims of negligence fail.

10. This Motion is supported by the attached Memorandum Brief and attached exhibits.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Court to enter an Order granting full and final summary judgment in its favor as to all claims.

/s/ Martha Leach Thompson
Christopher S. Rodgers
Martha Leach Thompson

OF COUNSEL:
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record via the CM/ECF System and/or by U.S. Mail on this the 18th day of July, 2008.

> M. Wayne Sabel, Esq.
> Sabel & Sabel, P.C.
> Hillwood Office Center
> 2800 Zelda Road, Suite 100-5
> Montgomery, AL 36106

> /s/ Martha Leach Thompson
> Of Counsel

{01263034.1/3000-1196}