IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLY F. BRITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:07-cv-696-MEF |
| | ) | |
| U. S. HELICOPTER, d/b/a Helicopter | ) | |
| Support Company, Inc., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #35) filed on July 18, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on August 21, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before August 4, 2008.  The defendant may file a reply brief on or before August 21, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 21st day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE