IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, | ) |
| | ) |
| | ) CASE NO. CV1:07CV696 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BELL AEROSPACE SERVICES, INC., d/b/a | ) |
| U.S. HELICOPTER, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENSANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff and respectfully files this unopposed request to extend the time allowed to respond to Defendant's Motion for Summary Judgment. Plaintiff seeks an extension until September 30th. As grounds, Plaintiff shows the Court as follows:

1. The trial in this matter is set for December 1, 2008. The discovery deadline is set for October 3rd. By Court Order (Doc # 37), the Court gave Plaintiff just over two weeks to reply to Defendant's lengthy submission supporting its Motion for Summary Judgment, or until August 4th.

2. Plaintiff cannot realistically reply within this period of time. Besides the fact that counsel contracted a stomach virus during the first week after Defendant filed its submission, there is critical discovery that needs to be completed. Plaintiff has requested to take several depositions of important witnesses who are currently employed supervisors within Defendant's control and are directly involved in the facts and circumstances of this case. However, Defendant cannot make those

        witnesses available until "the end of August."  Plaintiff will then need to acquire the transcripts and prepare the responsive submissions.  In addition, there are still outstanding items requested through discovery that Plaintiff needs for the response and that the parties will attempt to resolve without Court intervention.

3. There is ample time to accomplish these tasks given that the discovery deadline is not until October 3rd.

4. The parties have pursued discovery but more remains to be completed in part as a consequence of the substitution of lead counsel for the Plaintiff following the withdrawal of the former lawyer who served as Plaintiff's lead counsel.

5. There have been no prior extensions of any deadlines in this case, and granting the requested extension will not require any alteration of the Court's Scheduling Order.

6. Granting this request will serve the interests of fairness and justice.

7. Defendant "cannot agree" to, but will not oppose, the request for extension.

WHEREFORE, Plaintiff requests that the Court grant Plaintiff until September 30, 2008 to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted this the  31st  day of July, 2008.

>                                   /s/ Mark Sabel
>                                   MARK SABEL (SAB004)

**OF COUNSEL:**
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 *facsimile*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system this the  31st  day of July, 2008, which will send notice of same to all counsel of record.

> Christopher S. Rodgers
> Martha Leach Thompson
> Huie, Fernambucq & Stewart, LLP
> Three Protective Center
> 2801 Highway 280 South
> Birmingham, Alabama 35223

>                                   /s/ Mark Sabel
>                                   OF COUNSEL

3