IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-696-MEF |
| ) | |
| U. S. HELICOPTER, d/b/a Helicopter ) | |
| Support Company, Inc., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #38) filed on July 31, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The plaintiff shall file a response to the defendant's Motion for Summary Judgment on or before **August 15, 2008**. The defendant may file a reply brief on or before **August 22, 2008.**

DONE this 1st day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE