IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. CV1:07CV696 |
| § | |
| U.S. HELICOPTER, d/b/a/ § | |
| HELICOPTER SUPPORT § | |
| COMPANY, INC., and BELL § | |
| AEROSPACE SERVICES, INC., § | |
| d/b/a U.S. HELICOPTER, § | |

## U.S. HELICOPTER'S MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER

COMES NOW, Defendant U.S. Helicopter, and enters their objections and move to quash Plaintiff's Notice of Taking Depositions and move for a Protective Order on the following basis:

1. On November 8, 2007, the parties attended a parties' planning meeting. During the parties' planning meeting, scheduling deadlines were discussed. Counsel for Plaintiff and Defendant differed in the scheduling of certain deadlines. The parties were unable to agree when discovery should be completed and dispositive motions should be filed. Counsel for the Plaintiff had requested a discovery deadline of October 1, 2008 with dispositive motions to be filed by September 2, 2008. Counsel for Defendant had requested a discovery cut-off of August 1, 2008 with dispositive motions due on or before September 2, 2008.

2. This Court entered an Order on November 13, 2007 denying Defendant's Motion for Scheduling Order. This Court entered a Uniform Scheduling Order setting

dispositive motion deadline of July 18, 2008 and a discovery deadline of October 3, 2008.

3. Defendant filed its Motion for Summary Judgment and supporting Memorandum Brief on July 18, 2008.

4. It was not until July 28, 2008 that counsel for the Plaintiff requested deposition dates for representatives of U.S. Helicopter. (See electronic transmittal from Plaintiff's counsel attached as Exhibit "A").

5. On July 31, 2008, Plaintiff requested an extension to file a Response to Defendant's Motion for Summary Judgment by almost two months.

6. This Court, in its Order of August 1, 2008, extended the Plaintiff's deadline to file a response to Defendant's Motion for Summary Judgment until August 15, 2008.

7. On August 1, 2008, at 7:04 p.m., counsel for the Plaintiff issued a Notice of Deposition with document requests to Jim Ellis, Ron Donahue, Mark Robison and Kim Durden, employees of U.S. Helicopter. (See electronic transmittal from Plaintiff's counsel attached as Exhibit "A").

8. Counsel for the Defendant had already advised Plaintiff's counsel that the deponents were unavailable until the week of August 25, 2008 because of scheduling conflicts. Continued scheduling conflicts preclude Defendant from complying with Plaintiff's request for deposition within the next two weeks. These conflicts include a prepaid family vacation that has been scheduled for several months for Ms. Thompson and trial preparation and trial for Mr. Rodgers.

9.  The Federal Rules of Civil Procedure Rule 30(d)(1) provides that a party desiring to take the deposition of "any person <u>shall give reasonable notice in writing</u> to every other party to the action." In this particular case, Plaintiff has provided deposition notices <u>three days'</u> before the requested dates.

10. Counsel for the Defendant had been requesting dates for the Plaintiff's deposition since January 28, 2008. (See correspondence of January 28, 2008, attached as Exhibit "B"). However, on March 27, 2008, because counsel for the Plaintiff has not provided dates in which to take his client's deposition, counsel for the Defendant unilaterally scheduled the Plaintiff's deposition for April 10, 2008. (See correspondence of March 27, 2008, attached as Exhibit "C").

11. This deposition was canceled but then again unilaterally noticed for June 3, 2008. (See correspondence of April 29, 2008 attached as Exhibit 'D"). This deposition was rescheduled for June 11, 2008 and the Plaintiff's deposition was taken on that date.

12. According to the Uniform Scheduling Order, discovery does not necessarily have to be completed before the filing of dispositive motions or responding to same.

WHEREFORE, PREMISES CONSIDERED, Defendant would request the Court to enter an Order precluding these depositions from taking place on August 6th, 7th and 8th. Counsel for Defendant is willing to put these individuals up for deposition prior to the discovery cut-off deadline of October 3, 2008 but is unable to put said individuals up for deposition on the dates requested by Plaintiff due to scheduling conflicts and the late notice to the parties.

/s/ *Martha Leach Thompson*

Christopher S. Rodgers
Martha Leach Thompson

OF COUNSEL:
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, AL  35223
Telephone:  (205) 251-1193
Facsimile:  (205) 251-1256

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon counsel of record via the CM/ECF System and/or by U.S. Mail on this the 4th day of August, 2008.

M. Wayne Sabel, Esq.
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106


/s/ *Martha Leach Thompson*
Of Counsel

{01267553.1/3000-1196}

Case 1:07-cv-00696-MEF-WC    Document 40-2    Filed 08/04/2008    Page 1 of 1



EXHIBIT "A"

| | |
|---|---|
| **From:** | "Mark Sabel" <mksabel@mindspring.com> |
| **To:** | "'Martha Thompson'" <mlt@hfsllp.com> |
| **CC:** | <csr@hfsllp.com> |
| **Date:** | 8/1/2008 7:04 PM |
| **Subject:** | Britt v. US Heli: Deposition Notices of Ellis, Donahue, Robinson, and Durden |
| **Attachments:** | DepoNoticeRobinson8-2008.pdf; DepoNoticeDonahue8-2008.pdf; DepoNoticeDurden8-2008.pdf; DepoNoticeEllis8-2008.pdf |

Please reserve three days for these depositions.

Thank you,

Mark

# HUIE, FERNAMBUCQ & STEWART, LLP
### ATTORNEYS AT LAW

EUGENE D. MARTENSON
STANLEY A. CASH
JAMES R. SHAW
ROBERT M. GIRARDEAU
JOHN S. CIVILS, JR.
FRANK E. LANKFORD, JR.
M. KEITH GANN
CHARLES H. CLARK, JR.
JOHN D. HERNDON
J. ALLEN SYDNOR, JR.
D. ALAN THOMAS
WILLIAM G. GANTT
T. KELLY MAY
CHRISTOPHER S. RODGERS
WALTER J. PRICE, III
H. LANIER BROWN, II

GREGORY L. SCHUCK
PHILIP R. COLLINS
THOMAS E. BAZEMORE, III
R. GORDON SPROULE, JR.*
MARTHA LEACH THOMPSON
PAUL F. MALEK**
H. CANNON LAWLEY
ANNA-KATHERINE G. BOWMAN
JANE G. HALL
C. JEFFERY ASH
JENNIFER D. SEGERS
MICHELLE K. PIERONI
BRADLEY J. McGIBONEY
DAVID L. BROWN, JR.
J. PATRICK STRUBEL
GERALD C. BROOKS, JR.***

THREE PROTECTIVE CENTER
2801 HIGHWAY 280 SOUTH
SUITE 200
BIRMINGHAM, ALABAMA 35223-2484
TELEPHONE (205) 251-1193
FACSIMILE (205) 251-1256
WWW.HFSLLP.COM

CHARLES J. FLEMING, JR.
S.A. BRADLEY BAKER, III
JASON M. KIRSCHBERG
M. JEREMY DOTSON
JOSEPH R. DUNCAN, JR.
DAVID M. FLEMING
JAMES R. LAWRENCE, III
JOHN I. SOUTHERLAND
DOUGLAS R. KENDRICK
JACOB W. CRAWFORD
J. BRANNON MANER
GORDON J. BRADY, III
MICHAEL T. SCIVLEY
LUCAS C. MONTGOMERY
STEWART W. McCLOUD
LAUREN E. DAVIS
JENNIFER H. REID

ALSO MEMBER
*GEORGIA BAR
**KENTUCKY BAR
***MISSISSIPPI BAR

THOMAS B. HUIE
1915-1990
WILLIAM B. FERNAMBUCQ
1922-1997
CHARLES A. STEWART, JR.
1923-1983

January 28, 2008

**VIA ELECRONIC MAIL**

Mark W. Sabel, Jr.
Maricia Woodham, Esq.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Re: Billy F. Britt v. U.S. Helicopter

Dear Mr. Sabel and Ms. Woodham:

I would like some dates when your client would be available for deposition in the next forty-five (45) days. I look forward to hearing from you.

Sincerely yours,

HUIE, FERNAMBUCQ & STEWART, LLP

By: Martha Leach Thompson

MLT/bmq

cc: Chris Rodgers, Esq.

{01208520.1/3000-1196}

# HUIE, FERNAMBUCQ & STEWART, LLP

ATTORNEYS AT LAW

EUGENE D. MARTENSON
STANLEY A. CASH
JAMES R. SHAW
ROBERT M. GIRARDEAU
JOHN S. CIVILS, JR.
FRANK E. LANKFORD, JR.
M. KEITH GANN
CHARLES H. CLARK, JR.
JOHN D. HERNDON
J. ALLEN SYDNOR, JR.
D. ALAN THOMAS
WILLIAM G. GANTT
T. KELLY MAY
CHRISTOPHER S. RODGERS
WALTER J. PRICE, III
H. LANIER BROWN, II
GREGORY L. SCHUCK

PHILIP R. COLLINS
THOMAS E. BAZEMORE, III
R. GORDON SPROULE, JR.*
MARTHA LEACH THOMPSON
PAUL F. MALEK**
H. CANNON LAWLEY
ANNA-KATHERINE G. BOWMAN
DAVID L. BROWN, JR.
J. PATRICK STRUBEL
JANE G. HALL
C. JEFFERY ASH
JENNIFER D. SEGERS
MICHELLE K. PIERONI
BRADLEY J. McGIBONEY
GERALD G. BROOKS, JR.***
CHARLES J. FLEMING, JR.
S.A. BRADLEY BAKER, III

THREE PROTECTIVE CENTER
2801 HIGHWAY 280 SOUTH
SUITE 200
BIRMINGHAM, ALABAMA 35223-2484
TELEPHONE (205) 251-1193
FACSIMILE (205) 251-1256
WWW.HFSLLP.COM

JASON M. KIRSCHBERG
M. JEREMY DOTSON
JOSEPH R. DUNCAN, JR.
DAVID M. FLEMING
JAMES R. LAWRENCE, III
JOHN I. SOUTHERLAND
DOUGLAS R. KENDRICK
JACOB W. CRAWFORD
ERIS BRYAN PAUL
J. BRANNON MANER
GORDON J. BRADY, III
MICHAEL T. SCIVLEY
LUCAS C. MONTGOMERY
STEWART W. McCLOUD
LAUREN E. DAVIS
JENNIFER H. REID

ALSO MEMBER
*GEORGIA BAR
**KENTUCKY BAR
***MISSISSIPPI BAR

THOMAS B. HUIE
1915-1990
WILLIAM B. FERNAMBUCQ
1922-1997
CHARLES A. STEWART, JR.
1923-1983

March 27, 2008

Mark W. Sabel, Jr.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

Re: Billy F. Britt v. U.S. Helicopter

Dear Mr. Sabel:

On January 28, 2008, I requested that you provide me with dates in which to take your client's deposition. Since I have not heard from you, I have unilaterally scheduled Mr. Britt's deposition for April 10, 2008 to begin at 10:00 a.m. in your office.

I have enclosed a Notice of Deposition. If you have any questions, please do not hesitate to call.

Sincerely yours,

HUIE, FERNAMBUCQ & STEWART, LLP

By: *[signature]*
Martha Leach Thompson

MLT/bmq
Enclosure

cc: Chris Rodgers, Esq.

{01225230.1/3000-1196}



EXHIBIT "D"

# HUIE, FERNAMBUCQ & STEWART, LLP
### ATTORNEYS AT LAW

Eugene D. Martenson
Stanley A. Cash
James R. Shaw
Robert M. Girardeau
John S. Civils, Jr.
Frank E. Lankford, Jr.
M. Keith Gann
Charles H. Clark, Jr.
John D. Herndon
J. Allen Sydnor, Jr.
D. Alan Thomas
William G. Gantt
T. Kelly May
Christopher S. Rodgers
Walter J. Price, III
H. Lanier Brown, II
Gregory L. Schuck

Philip R. Collins
Thomas E. Bazemore, III
R. Gordon Sproule, Jr.*
Martha Leach Thompson
Paul F. Malek**
H. Cannon Lawley
Anna-Katherine G. Bowman
David L. Brown, Jr.
J. Patrick Strubel
Jane G. Hall
C. Jeffery Ash
Jennifer D. Segers
Michelle K. Pieroni
Bradley J. McGiboney
Gerald C. Brooks, Jr.***
Charles J. Fleming, Jr.
S.A. Bradley Baker, III

THREE PROTECTIVE CENTER
2801 HIGHWAY 280 SOUTH
SUITE 200
BIRMINGHAM, ALABAMA 35223-2484
TELEPHONE (205) 251-1193
FACSIMILE (205) 251-1256
WWW.HFSLLP.COM

Jason M. Kirschberg
M. Jeremy Dotson
Joseph R. Duncan, Jr.
David M. Fleming
James R. Lawrence, III
John I. Southerland
Douglas R. Kendrick
Jacob W. Crawford
Eris Bryan Paul
J. Brannon Maner
Gordon J. Brady, III
Michael T. Scivley
Lucas C. Montgomery
Stewart W. McCloud
Lauren E. Davis
Jennifer H. Reid

Also Member
*Georgia Bar
**Kentucky Bar
***Mississippi Bar

Thomas B. Huie
1915-1990
William B. Fernambucq
1922-1997
Charles A. Stewart, Jr.
1923-1983

April 29, 2008

Mark W. Sabel, Jr.
Sabel & Sabel
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL  36106

Re:  Billy F. Britt v. U.S. Helicopter

Dear Mr. Sabel:

I understand that you are attempting to obtain dates for your client's deposition; however, we are fast approaching deadlines when dispositive motions, expert disclosures, etc. will be due and therefore I have unilaterally scheduled your client's deposition for **Tuesday, June 3, 2008 in your office**.

I expect that you should be able to have Mr. Britt available for his deposition with over a month's notice.

We look forward to seeing you on Tuesday, June 3, 2008.

Sincerely yours,

HUIE, FERNAMBUCQ & STEWART, LLP

By: *Martha Leach Thompson*

MLT/bmq

cc: Chris Rodgers, Esq.

{01239082.1/3000-1196}