IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, ) | |
| ) | |
| ) | CASE NO. CV1:07CV696 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BELL AEROSPACE SERVICES, INC., d/b/a ) | |
| U.S. HELICOPTER, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE TO THE COURT CONCERNING PARTIES' SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff and pursuant to the Court's Scheduling Order respectfully files this report to the Court regarding the parties' settlement conference, conducted on August 4th. Counsel for the parties met in person, each with some authority, to discuss settlement and mediation. The parties are unable to reach a settlement at this time, but believe that mediation may be a possibility after some additional depositions are taken.

Respectfully submitted this the 5th day of August, 2008.

/s/ Mark Sabel
MARK SABEL (SAB004)

OF COUNSEL:
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road; Suite 100-5
Montgomery, AL 36106
(334) 271-2770
(334) 277-2882 *facsimile*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system this the 5th day of August, 2008, which will send notice of same to all counsel of record.

    Christopher S. Rodgers
    Martha Leach Thompson
    Huie, Fernambucq & Stewart, LLP
    Three Protective Center
    2801 Highway 280 South
    Birmingham, Alabama 35223

                                  /s/ Mark Sabel
                                  OF COUNSEL