IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILLY F. BRITT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. CV1:07CV696 |
| | § | |
| U.S. HELICOPTER, d/b/a/ | § | |
| HELICOPTER SUPPORT | § | |
| COMPANY, INC., and BELL | § | |
| AEROSPACE SERVICES, INC., | § | |
| d/b/a U.S. HELICOPTER, | § | |

## OBJECTION AND RESPONSE TO DEPOSITION NOTICE OF MARK ROBISON

COMES NOW the Defendant, U.S. Helicopter, and provides the following response and objection to Plaintiff's Notice of Taking Deposition of Mark Robison. Plaintiff has included a designation of certain matters and documents which are sought. As to these specific requests, this Defendant responds as follows:

1. All documents reviewed in preparation for your deposition.

**OBJECTION:**

**This Defendant objects to this request as overly broad, unduly burdensome, irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence. Further, this Defendant objects to this request to the extent that is seeks information which is protected by the attorney-client privilege and/or the attorney work product doctrine.**

2. All documents reviewed in preparation for your deposition to refresh your recollection regarding the events and other matters related to this case.

**OBJECTION:**

**This Defendant objects to this request as overly broad, unduly burdensome, irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence. Further, this Defendant objects to this request to the extent that is seeks information which is protected by the attorney-client privilege and/or the attorney work product doctrine.**

{01267641.1/3000-1196}

3.  All documents regarding written, verbal, recorded or other kind of statement, if any, of Plaintiff Britt, Defendant Bell Aerospace Services, Inc., d/b/a U.S. Helicopter, or employees, agents, representatives of Defendants, including present and former members of Defendant, concerning the incidents and allegations described in Plaintiff's complaint.

**OBJECTION:**

**This Defendant objects to this request as overly broad, unduly burdensome, irrelevant, immaterial and not reasonably calculated to lead to the discovery of admissible evidence. Further, this Defendant objects to this request to the extent that is seeks information which is protected by the attorney-client privilege and/or the attorney work product doctrine.**

/s/ Martha Leach Thompson

Christopher S. Rodgers
Martha Leach Thompson

OF COUNSEL:
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon counsel of record via the CM/ECF System and/or by U.S. Mail on this the 5th day of August, 2008.

M. Wayne Sabel, Esq.
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106

/s/ Martha Leach Thompson
Of Counsel

{01267641.1/3000-1196}