IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-696-MEF |
| ) | |
| U. S. HELICOPTER, d/b/a Helicopter ) | |
| Support Company, Inc., *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of all submissions relating to the Motion to Quash and Motion for Protective Order (Doc. # 40) filed on August 4, 2008 by counsel for Defendants and the Motion for Extension of Time (Doc. #38) filed on July 31, 2008 by counsel for Plaintiff, it is hereby ORDERED as follows:

1. The depositions of Ellis, Donahue, Robinson, and Durden shall be commenced no earlier than August 25, 2008 and shall be completed by no later than September 30, 2008.

2. The plaintiff shall file a response to the defendant's Motion for Summary Judgment on or before **October 17, 2008**. The defendant may file a reply brief on or before **October 24, 2008**. The counsel of record should not expect any further extensions of any deadlines relating to submissions relating to the motion for summary judgment absent truly exceptional circumstances.

3. In light of the foregoing, it will not be possible to preserve the current trial setting. The parties should expect to receive an Amended Uniform Scheduling Order revising certain

of the deadlines relating to this case.

    4. In light of the rulings contained in this Order, the Motion to Quash and Motion for Protective Order (Doc. # 40) is DENIED as MOOT.

    DONE this 6th day of August, 2008.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE