IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY F. BRITT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-696-MEF |
| | ) |
| U. S. HELICOPTER, d/b/a Helicopter Support Company, Inc., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Continue Trial and All Remaining Deadlines (Doc. #48) filed on August 6, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 6th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE